IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | Case No. 3:22-cr-00042-JMK |
|---|---|
| Plaintiff, | |
| vs. | **ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |
| KASEY STUART GILRUTH LANG, | |
| Defendant. | |

A plea agreement was filed in this case at Docket 24. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Lang entered a guilty plea to Counts 1–4 of the Indictment, which are violations of 18 U.S.C. § 2113(a), Credit Union Robbery.

Judge Scoble issued a Final Report and Recommendation at Docket 30, in which he recommended that the District Court accept the Defendant's plea of guilty to Counts 1–4 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Counts 1–4 of the Indictment, Credit Union Robbery, and Defendant is adjudged GUILTY of Counts 1–4.

The Imposition of Sentence hearing in this matter is confirmed for November 28, 2022, at 2:00 p.m. in Anchorage Courtroom 3.

DATED this 29th day of September, 2022, at Anchorage, Alaska.

        */s/ Joshua M. Kindred*
        JOSHUA M. KINDRED
        United States District Judge

*United States v. Lang*      Case No. 3:22-cr-00042-JMK
Order re Final Report and Recommendation      Page 2
Case 3:22-cr-00042-JMK-MMS   Document 31   Filed 09/29/22   Page 2 of 2